## RALSTON *v.* RADCLIFF.

PRACTICE.—*County Commissioners.—Appeal.—Docketing Appeal.— Trial.*—On an appeal by one to the circuit court from an order of the board' of county commissioners allowing a claim filed by another before said board, the cause should be docketed in the circuit court in the names of the claimant and appellant, the former as plaintiff and the latter as defendant, and should be tried in the circuit court *de novo;* and if on the trial no evidence be offered, the appeal should not be dismissed, but the cause should be decided on the merits for the appellant.

APPEAL from the DeKalb Circuit Court.

DOWNEY, J.—Radcliff filed a claim before the commissioners of DeKalb county, which was allowed. Ralston, on affidavit and bond filed, appealed to the circuit court, from the order of allowance. In the circuit court the case appears to have been wrongly docketed as Samuel W. Ralston *v.* John F. Radcliff. A bill of exceptions, signed by the judge of the circuit court, shows that when the case was called for trial in that court, "Radcliff offered no evidence whatever, whereupon the said Ralston, by his attorney, announced that they would offer no evidence, and thereupon the court dismissed.

VOL. XXXIV.—33

the appeal, on the ground that the appellant had the burden of proof thrown upon him." Ralston excepted, and appealed to this court.

This ruling was wrong. The case should have been dockected in the circuit court as Radcliff *v.* Ralston, should have been tried *de novo*, and if no evidence was offered, should have been decided on the merits for Ralston, the appellant.

The judgment is reversed, with costs, and the cause remanded.

WORDEN, J., having been concerned as counsel in the cause, was absent.

*J. L. Worden. J. Morris,* and *W. H. Withers,* for appellant.